ly discovered evidence denied, with costs. The only apparent effect of the newly discovered evidence would be to discredit the witness Danzig upon a point not material to the controversy.

BLANZ, Appellant, v. BOWEN, Respondent. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by Jacob Blanz, individually, etc., against William J. Bowen, individually, etc. S. J. Block, for appellant. J. B. Stanchfield, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BLEY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. February 17, 1911.) Action by Rita Bley, an infant, etc., against the City of New York. L. Leale, for appellant. F. Herwig, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BOGART, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Mary C. Bogart, as administratrix, etc., of John Bogart, deceased, against the City of New York. No opinion. Motion denied, with $10 costs. See, also, 138 App. Div. 888, 122 N. Y. Supp. 1122.

BOLEMAN, Appellant, v. HENDERSON, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Patrick Boleman against Annie C. Henderson. No opinion. Motion denied, with $10 costs. See, also, 126 N. Y. Supp. 710.

In re BOMMER. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) In the matter of Ferdinand J. Bommer, an attorney and counselor at law.

PER CURIAM. Upon the petition of the Bar Association of Erie County, the said Ferdinand J. Bommer appearing and stating that he does not object to the entry of an order of disbarment, it is ordered that the said Ferdinand J. Bommer be removed from his office of attorney and counselor at law, and forbidden to practice in any of the courts of this state, and his name stricken from the roll of attorneys and counselors of the Supreme Court.

BOROUGH BANK OF BROOKLYN v. CRESCO REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. January 17, 1911.) Action by the Borough Bank of Brooklyn against the Cresco Realty Company and others. No opinion. Motion granted, without costs.

In re BOSTON ROAD AND BEAR SWAMP ROAD IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 24, 1911.) In the matter of the City of New York. In re Boston Road and Bear Swamp Road. No opinion. Motion denied, with $10 costs. Order filed. See, also, 127 N. Y. Supp. 637.

BOWEN, Respondent, v. HAVANA ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Herbert E. Bowen against the Havana Electric Railroad Company. D. T. Davis, for appellant. A. S. Andrews, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, with $10 costs and disbursements to respondent. Order filed.

BOWMAN, Appellant, v. FURBER et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Archibald Bowman against Percy N. Furber and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 136 App. Div. 918, 120 N. Y. Supp. 1114.

BRAND, Respondent, v. GLOCKNER, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Belle Brand against Jacob Glockner. I. Steinhaus, for appellant. W. J. Rosenstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BREE, Respondent, v. SCHLITZ, Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Anna E. Bree against Magdalena Schlitz, as receiver, etc. No opinion. Judgment and order unanimously affirmed, with costs.

BROCKWAY, Respondent, v. MILLER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Joseph D. Brockway, as receiver, etc., against Emma B. Miller and others. No opinion. Motion denied, with $10 costs.

BROGAN v. SILVERMAN et al. (Supreme Court, Appellate Term. February 9, 1911.) Appeal from Municipal Court, Borough of the Bronx, Second District. Action by Charles Brogan against Norris Silverman and another. Judgment for defendants, and plaintiff appeals. Reversed. Arthur Knox (Berthold Schmidt, of counsel), for appellant.

PER CURIAM. It appears that the trial justice rendered his decision in the action some time after the statutory time, with its extensions, had expired, and the justice had lost his jurisdiction. Regardless, therefore, of the correctness or incorrectness of the decision, the judgment must be reversed. Judgment reversed, with costs.

BROMBACHER, Respondent, v. B. F. STURTEVANT CO., Appellant (three cases). (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Max H. C. Brombacher against the B. F. Sturtevant Company. No opinion. Judgment and order affirmed, with costs.

BROTHERS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Su-

preme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Thomas Brothers, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

BROWN, Respondent, v. CADRO. Appellant. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Joseph Brown against Madaline Cadro.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

---

BROWN, Respondent, v. CROSSMAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Effie Brown against Edward Crossman and others. No opinion. Judgment unanimously affirmed, with costs.

---

BROWNELL, Respondent, v. BROWNELL, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Anna C. Brownell against George E. Brownell. No opinion. Motion granted, with $10 costs.

---

BROWNOLD, Respondent, v. BROWNOLD, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Hattie H. Brownold against Samuel Brownold. T. J. Bannon, for appellant. L. S. Lewkowitz, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

---

BRUCE, Respondent, v. HEFFRON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by Robert Bruce against the Heffron Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

BRUCKEL, Appellant, v. J. MILHAU'S SON, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Frederick Henry Bruckel against J. Milhau's Son. No opinion. Motion granted, on condition that the respondent pay $10 costs to the appellant, and file brief on or before March 13, 1911. See, also, 116 App. Div. 832, 102 N. Y. Supp. 395; 118 App. Div. 900, 103 N. Y. Supp. 1117.

---

BRYAN, Respondent, v. CARTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by George F. Bryan against Bennett C. Carter. No opinion. Motion granted, without costs.

---

BUCKLEY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Sidonie L. Buckley, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion

denied, without costs. See, also, 126 N. Y. Supp. 480.

---

BUFFALO, L. & R. RY. CO., Respondent, v. HOYER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1910.) Action by the Buffalo, Lockport & Rochester Railway Company against John B. Hoyer and others. No opinion. Passed twice, and dismissed, under rule 39.

---

BUFFALO, R. & P. RY. CO. v. MELENBACKER et al. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by the Buffalo, Rochester & Pittsburg Railway Company against Jacob D. Melenbacker, impleaded with others. No opinion. Order affirmed, without costs of this appeal to either party.

---

BUILDERS' TRUCKING & MATERIAL CO., Respondent, v. HASTINGS PAVEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by the Builders' Trucking & Material Company against the Hastings Pavement Company. No opinion. Judgment and order affirmed, with costs.

---

BUMPF, Respondent, v. BROWN, Appellant. (Supreme Court. Appellate Division, Fourth Department. February 10, 1911.) Action by William A. Bumpf against Charles D. Brown.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

---

In re BURDICK et al. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) In the matter of the intermediate settlement of the accounts of Bainbridge W. Burdick and others, executors of the last will and testament of Norman Burdick, deceased. No opinion. Order unanimously affirmed, with one bill of costs.

---

BURGETT, Appellant, v. AMERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by Frank P. Burgett against Geo. M. Amerman. No opinion. Judgment modified, and, as modified, affirmed, without costs of this appeal to either party. Settle order before Spring, J., on two days' notice.

---

BURKAN v. MUSICAL COURIER CO. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Nathan Burkan against the Musical Courier Company. With this case has been consolidated in this court cases bearing titles as follows: Daniel S. Hague v. John T. Sprague; Ætna Life Ins. Co. v. Duparquet et al.; Patrick M. Carolan v. Anthony O'Donnell; Michael Glennon v. Star Co.; In re Charlotte Miller. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 126 N. Y. Supp. 544.